**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

AARON EHRNFELD,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS NATIONAL BANK, and US BANK NATIONAL ASSOCIATION,

        Defendants.

---------------------------------------x

Case No. 1:20-cv-08424

**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC**.

Plaintiff Aaron Ehrnfeld ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Experian Information Solutions, Inc., (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Experian Information Solutions, Inc., and adjourn all deadlines and conferences.

DATED: January 04, 2021        **COHEN & MIZRAHI LLP**
                                           EDWARD Y. KROUB

                                           /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
edward@cml.legal

*Attorneys for Plaintiff*

It is hereby ORDERED that the case against Defendant Experian Information Solutions, Inc. is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate Defendant Experian Information Solutions, Inc.

Within 30 days of this order, the parties may apply to reopen this case as to Defendant Experian Information Solutions, Inc.. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within 30 days. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit within the same 30-day period: (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. See *Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

SO ORDERED.

*[signature]* 1/5/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE